KEKER, VAN NEST & PETERS LLP
MATTHEW M. WERDEGAR - # 200470
mwerdegar@keker.com
KHARI J. TILLERY - # 215669
ktillery@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

BALLARD SPAHR LLP
DAVID J. BODNEY (pro hac vice to be filed)
bodneyd@ballardspahr.com
MARK S. KOKANOVICH (SBN 230286)
kokanovichm@ballardspahr.com
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:  602.798.5454
Facsimile:  602.798.5595

SCOTT S. HUMPHREYS (SBN 298021)
humphreyss@ballardspahr.com
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

Attorneys for Defendant
PAYPAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREE SPEECH SYSTEMS, LLC, a Texas limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PAYPAL, INC., a Delaware corporation,<br><br>　　　　　　Defendant. | Case No. 5:18-cv-06013 LHK (SVK)<br><br>**REQUEST FOR GUIDANCE REGARDING PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Judge:　　Hon. Lucy H. Koh<br><br>Action Filed:  October 1, 2018<br><br>Trial Date:  None |

On Tuesday, October 2, 2018, at approximately 12:29 p.m., Defendant PayPal, Inc.'s registered agent for service of process, CT Corporation, was served with Plaintiff Free Speech Systems, LLC's ("FSS") Complaint (Dkt. 1) and Emergency Motion for a Temporary Restraining Order and Preliminary Injunction (Dkt. 3).  On Wednesday, October 3, 2018, at approximately 10:34 a.m., PayPal received notice from CT Corporation that it had been served the previous day. PayPal intends to file a written opposition to FSS' Motion and will do so as directed by the Court. PayPal will also await the Court's guidance regarding the timing of any hearing relating FSS' Motion.

Dated: October 3, 2018                                                KEKER, VAN NEST & PETERS LLP

By:   /s/ *Khari J. Tillery*
MATTHEW M. WERDEGAR
KHARI J. TILLERY

BALLARD SPAHR LLP
DAVID J. BODNEY (pro hac vice to be filed)
MARK S. KOKANOVICH (SBN 230286)
SCOTT S. HUMPHREYS (SBN 298021)

Attorneys for Defendant
PAYPAL, INC.