1  KEKER, VAN NEST & PETERS LLP
   MATTHEW M. WERDEGAR - # 200470
2  mwerdegar@keker.com
   KHARI J. TILLERY - # 215669
3  ktillery@keker.com
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
5  Facsimile:    415 397 7188

6  BALLARD SPAHR LLP
   DAVID J. BODNEY (pro hac vice to be filed)
7  bodneyd@ballardspahr.com
   MARK S. KOKANOVICH (SBN 230286)
8  kokanovichm@ballardspahr.com
   1 East Washington Street, Suite 2300
9  Phoenix, AZ 85004-2555
   Telephone: 602.798.5454
10 Facsimile: 602.798.5595

11 SCOTT S. HUMPHREYS (SBN 298021)
   humphreyss@ballardspahr.com
12 2029 Century Park East, Suite 800
   Los Angeles, CA  90067-2909
13 Telephone: 424.204.4400
   Facsimile: 424.204.4350
14
   Attorneys for Defendant
15 PAYPAL, INC.

16                    UNITED STATES DISTRICT COURT
17                   NORTHERN DISTRICT OF CALIFORNIA
18                          SAN JOSE DIVISION
19

| | |
|---|---|
| FREE SPEECH SYSTEMS, LLC, a Texas limited liability company,<br><br>           Plaintiff,<br><br>     v.<br><br>PAYPAL, INC., a Delaware corporation,<br><br>           Defendant. | Case No. 5:18-cv-06013 LHK (SVK)<br><br>**DECLARATION OF KHARI J. TILLERY IN SUPPORT OF PAYPAL'S OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Judge:      Hon. Lucy H. Koh<br><br>Action Filed:  October 1, 2018<br><br>Trial Date:  None |

DECLARATION OF KHARI J. TILLERY IN SUPPORT OF
PAYPAL'S OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION
Case No. 5:18-cv-06013 LHK (SVK)

1306255.v1

I, KHARI J. TILLERY, declare and state:

1. I am an attorney licensed to practice law in the State of California and am a partner in the law firm of Keker, Van Nest & Peters LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for PayPal, Inc. in the above-captioned action. Except as where expressly stated, I have personal knowledge of the facts set forth in this declaration and, if called upon, could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of PayPal's User Agreement.

3. Attached hereto as **Exhibit B** is a true and correct of a printout of the homepage of www.infowars.com, dated October 4, 2018 11:41 a.m.

4. Attached hereto as **Exhibit C** is a true and correct of a printout of the homepage of www.prisonplanet.com, dated October 4, 2018 at 11:48 a.m.

5. Attached hereto as **Exhibit D** is a true and correct of a printout of the homepage of www.infowarsstore.com, dated October 4, 2018 at 12:14 p.m.

6. Attached hereto as **Exhibit E** is a true and correct copy of the Declaration of Heidi Machock, a Director at PayPal.

7. Attached hereto as **Exhibit F** is a true and correct copy of the Declaration of Lisa Hrabosky, Senior Director of Payments Products and Engineering at PayPal.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Declaration of Justin Higgs, Director of Public Relations at PayPal.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on October, 4, 2018 in San Francisco, California.

                                              */s/ Khari J. Tillery*
                                              KHARI J. TILLERY

1

DECLARATION OF KHARI J. TILLERY IN SUPPORT OF
PAYPAL'S OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION
Case No. 5:18-cv-06013 LHK (SVK)

1306255.v1