# EXHIBIT B



THE
ALEX JONES RADIO SHOW

LISTEN NOW



NEWSLETTER

**RADIO SHOW**   **NEWS**   **VIDEOS**   **STORE**   **BREAKING NEWS**   **CONTACT**

**LATEST BANNED VIDEOS**                    VIEW ALL



WOMEN AT PRO-TRUMP RALLY SUPPORT KAVANAUGH AND HIS NOMINATION TO THE SUPREME COURT

SPECIAL REPORTS

**FEATURED STORIES**   ALL NEWS

      

**MAN WHO ROUNDHOUSE-KICKED PRO-LIFE WOMAN IDENTIFIED, GETS FIRED**

Toronto police have yet to arrest Jordan Hunt

U.S. NEWS

**REAL NEWS: AMAZON'S DYSTOPIAN AGENDA 21 DRIVEN FUTURE EXPOSED**

Big tech and big government team up to enslave humanity

U.S. NEWS

      

**CAPITOL POLICE PROBE**

**KANYE: 'LEAVE ELON MUSK**

https://www.infowars.com/[10/4/2018 11:41:19 AM]

**ADDITIONAL DOXXING INCIDENTS TARGETING SENATORS**

Latest incidents involve Sen. Rand Paul

**THE F–K ALONE'**

One matrix breaker stands up for another

 HOT NEWS

 GOVERNMENT





**APPLE EMPLOYEES' POLITICAL CONTRIBUTIONS FAVOR DEMS**

New study confirms tech left's bias

 SCIENCE & TECH

**CAPITOL POLICE ARREST EX-DEMOCRATIC STAFFER SUSPECTED OF DOXXING GOP SENATORS**

Jackson A. Cosko, 27, was charged with making public restricted personal information

 U.S. NEWS

**WSJ: WHITE HOUSE FINDS 'NO CORROBORATION' OF KAVANAUGH ALLEGATIONS IN FBI INTERVIEW REPORTS**

It is unknown whether the White House has concluded a full review of all FBI interview documents

 U.S. NEWS

**RED WAVE? TRUMP RALLYGOERS SAY THEY'RE VOTING IN MIDTERMS FOR FIRST TIME EVER**

Interesting findings at the Trump rally in Tennessee.

 U.S. NEWS

**WALL STREET JOURNAL ON BRETT KAVANAUGH: 'WE'RE ALL DEPLORABLES NOW'**

The Journal further argues that the left has unified Republicans

 U.S. NEWS



**SCIENTIST SUSPENDED, PUT UNDER INVESTIGATION FOR ARGUING PHYSICS ISN'T SEXIST**

'Truth does not matter'

**MSNBC CLAIMS TRUMP ADMIN 'FORCED' IMMIGRANTS TO ENTER U.S. ILLEGALLY**

No one bothered to point out the truth.

 U.S. NEWS

- **SCIENCE & TECH**



**'CNN RATINGS WOULD BE IN TOILET WITHOUT TRUMP': VETERAN JOURNALIST TED KOPPEL SHREDS FAKE NEWS BRIAN STELTER**

CNN host refuses to credit Trump for ratings spike

- **U.S. NEWS**

**TRUMP INVESTIGATES BANK DISCRIMINATION AGAINST CONSERVATIVES AND IS LOOKING TO SIGN AN EXECUTIVE ORDER**

Infowars sues PayPal to expose discriminatory practices

- **U.S. NEWS**

**WILL NEW VOTERS SWING THE MIDTERMS?**

First-time voters set to block Democrats' blue wave

- **U.S. NEWS**

**MASS TRIGGERING: LEFTISTS HYSTERICAL FOLLOWING PRESIDENTIAL ALERT TEST**

Even the most innocuous action by the president leaves Left in hysterics

- **U.S. NEWS**

**WATCH LIVE: NEW POLLS INDICATE AMERICA WANTS BRETT KAVANAUGH FOR NEXT SUPREME COURT JUSTICE**

More inconsistencies uncovered in Kavanaugh accuser's testimony

- **U.S. NEWS**



**REPORT: BLASEY FORD BEST FRIEND ALSO CAREER FBI AGENT**

Association with former FBI agent raises questions about letter sent to Dianne Feinstein

- **U.S. NEWS**



**ANTI-TRUMP PROTESTERS DECLARE MEXICO FIRST**

Watch young Americans put down America and celebrate Mexico

- **U.S. NEWS**



**APPLE CEO DENIES COLLUDING WITH TECH GIANTS TO BAN ALEX JONES**

'I've never even had a conversation about this with any tech company'

- **SCIENCE & TECH**

## FROM OUR STORE

**VISIT STORE**

Survival Shield X-2 – Nascent Iodine

Your Price: $39.95

**On Sale: $29.95**

Leading the way into the next generation of super high-quality nascent iodine, the new Infowars Life Survival Shield X-2 is now here.



**BUY NOW**

**LEARN MORE**

---

**VIDEO: HILLARY CLINTON LAUNCHED PLAN TO REMOVE ALEX JONES FROM INTERNET BEFORE MIDTERMS**

Top Democrats working with big tech to silence conservatives

 **U.S. NEWS**

**TRAVEL PHOTOS, EX-BF SWORN STATEMENT SEAL FORD'S FATE AS A LIAR**

Documented, extensive travel history contradicts "fear of flying" claim

 **U.S. NEWS**

**REAL NEWS: MSM AND LIBERALS MELT DOWN AFTER TRUMP MOCKS FORD'S TESTIMONY**

'I had one beer, that's the only thing I remember'

 **U.S. NEWS**

---

**LOAD MORE STORIES**

## TODAY ON THE ALEX JONES SHOW

**October 4th: No Evidence** - The FBI's latest probe into President Trump's SCOTUS pick, Brett Kavanaugh, found no evidence against him and the chairman of the Senate…

READ MORE 

### WATCH LIVE NOW

No compatible source was found for this media.



## LATEST STORIES

Full Interview: Meet the Donald Trump of Iran – Whose Movement Has a Shot of Reviving the Persian Nation

Federal Judge Restores Non-Violent Offender's Gun Rights Following Landmark Case

USMCA A Victory For Trump, Reduces Global Trade War Risk: Analysts

DACA Recipient Arrested at Border Patrol Checkpoint for Smuggling Meth

US Announces Charges Against 7 Russian Intelligence Officers

Women At Pro-Trump Rally Support Kavanaugh And His Nomination To The Supreme Court

## GET INFORMED

Get the latest breaking news & specials from Alex Jones and the Infowars crew.



## VISIT OUR STORE     SHOP HERE

Survival Shield X-2 – Nascent Iodine

Your Price: $39.95
**On Sale: $29.95**



Leading the way into the next generation of super high-quality nascent iodine, the new Infowars Life Survival Shield X-2 is now here.

**BUY NOW**

**LEARN MORE**

## ILLUSTRATION



## POLLS

Is the current political climate affecting your Thanksgiving plans?

- Yes
- No
- Maybe

View Results



© 2018 Infowars.com is a Free Speech Systems, LLC Company.

| | |
|---|---|
| Radio | Archive |
| Video | Watch Alex Jones Show |
| PPTV | Most Recent |
| Store | D.M.C.A. |

All rights reserved. Digital Millennium Copyright Act Notice.

Infowars Life

T.O.S.

Corrections

About Alex Jones Show

Subscribe

Contact