# EXHIBIT C

Prison Planet.com

● Listen Now

Advanced Search

# ALEX JONES' PRISON PLANET
*Truth will set you free.*

Home | Alex Jones Radio Show | Archives | Special Reports | Links | Social | Store | Top Stories | Breaking News | Contact

Featured Stories | World News | Commentary | Money Watch | Multimedia | Prison Planet | U.S. News | Science And Technology



**Scientist Suspended, Put Under Investigation For Arguing Physics Isn't Sexist**



### TODAY ON THE ALEX JONES SHOW


No Evidence

**October 4th:** The FBI's latest probe into President Trump's SCOTUS pick, Brett Kavanaugh, found no evidence against him and the chairman of the Senate Judiciary added there was "no hint of misconduct." Also, the FBI could not find anyone to "attest to any of the allegations" against Kavanaugh. Additionally, Trump's approval rating surged as the number of Americans filing for unemployment fell to a 49-year low. Joining today's show is **Millie Weaver** sharing how Americans are dealing with such a divided nation. Then, our special in-studio guest is Infowars reporter **Greg Reese** discussing his exclusive interview with Iran's populist leader whose mission is to revive the Persian nation. Call and tune in now!

🔊 **Listen Now**    ● Windows Media    🎧 **Podcast**

Follow us:

## FEATURED STORIES



### Rand Paul's Wife: "Our Family Has Experienced Violence At A Horrifying Level"

**Steve Watson** | "I now keep a loaded gun by my bed."


### 'THIS IS DANGEROUS': Sen. Graham, Kennedy Receiving 'Increased Security' at US Capitol

**Sean Hannity** | "This is dangerous. I had somebody that wouldn't let an elevator shut."


### Democrats' Kavanaugh assassination is re-uniting the right

**NY Post** | It's increasingly clear that Democrats and the media establishment made an enormous miscalculation by waging total war against Kavanaugh and his family.


### Capitol Police Arrest Ex-Democratic Staffer Suspected Of Doxxing GOP Senators

**The Daily Caller** | Jackson A. Cosko, 27, was charged with making public restricted personal information.

### WATCH LIVE NOW



### WSJ: White House Finds 'No Corroboration' of Kavanaugh Allegations in FBI Interview Reports

**Breitbart** | It is unknown whether the White House has concluded a full review of all FBI interview documents.



### RED WAVE? Trump Rallygoers Say They're Voting in Midterms for First Time Ever

**Information Liberation** | Interesting findings at the Trump rally in Tennessee.



### Wall Street Journal on Brett Kavanaugh: 'We're All Deplorables Now'

**Breitbart** | The Journal further argues that the left has unified Republicans.



### Scientist Suspended, Put Under Investigation For Arguing Physics Isn't Sexist

**Free Beacon** | 'Truth does not matter'



### MSNBC Claims Trump Admin 'Forced' Immigrants to Enter U.S. Illegally

**Newsbusters** | No one bothered to point out the truth.



### Who Sent POISON Letters To Trump, Ted Cruz And The Pentagon?

**Steve Watson** | Deadly ricin toxin is unsophisticated and easy to get hold of.



All the research, movies, documentaries, reports, books and shows made by Alex Jones and the Infowars Team. Click here to start your 15 Day Free Trial

Featured Stories archive



**MOST POPULAR**

- Homeland's Alex Jones Character is a Lame Attempt to Smear Infowars (273 comments)
- Lana Del Rey Joins Effort to Defeat Trump With Witchcraft (252 comments)
- Horowitz: The Right Throws Milo to the Wolves (245 comments)
- Why Mainstream Media Websites Are Censoring & Removing Comment Sections (244 comments)
- Starbucks Brand Crashes After Announcement of Plan to Hire 10,000 Muslim 'Refugees' (199 comments)

**RSS FEEDS**

RSS
Alex Jones Podcast

## WORLD NEWS

### 'Near collision': Leaked photos show Chinese ship chasing away US destroyer in South China Sea

**RT** | Four photos apparently depicting the moment a Chinese destroyer had a close encounter with USS Decatur in the South China Sea have surfaced online, showing the blockbuster 'near collision' encounter of the two navies.



### US May Scramble F-22 Fighters in Response to S-300 Missiles in Syria – Reports

**Sputnik** | On Tuesday, Russia announced the delivery of batteries of S-300 anti-aircraft missiles to Syria.



### China's Strategic Force Gears Up for Space and Cyber War

**Free Beacon** | NDU report reveals PLA information warfare plans



### UK PM Reportedly Aims to Rush Brexit Bill Through Parl't to Avert Tory Rebellion

## COMMENTARY

### Why Intellectuals Fall For Socialism

**Friedrich Hayek** | In all democratic countries, in the United States even more than elsewhere, a strong belief prevails that the influence of the intellectuals on politics is negligible.



### Creating A Suspect Society: The Scary Side Of The Technological Police State

**John Whitehead** | It's a given that Big Brother is always watching us.



### Men In Stilettos – What Do You Think Of The Hot New Fashion Trend That Is Sweeping The Western World?

**Michael Snyder** | So what do you think that these changes mean for the future of our society?



### Ted Koppel Battles CNN's Brian Stelter: Your Network's Ratings 'Would Be In The Toilet' Without Trump!

**Mediaite** | Veteran journalist Ted Koppel had a fiery exchange with CNN's senior media

## WATCH THE NEWS



**THE ALEX JONES SHOW - OCTOBER 1, 2018**

**THE ALEX JONES SHOW - SEPTEMBER 30, 2018**

**Sputnik** | May's team would like to see a final withdrawal agreement ratified by legislators within two weeks before the final signing of the divorce bill with the EU, Bloomberg reports, citing sources in the British government.



[Every day hundreds of Dutch school children are forced to bow to Islam](#)

**Voice Of Europe** | Shocking video footage and a report from the Dutch organisation "Klap uit de school", show that numerous Dutch children are forced to bow to Islam.



[WORLD NEWS ARCHIVE](#)

## MONEY WATCH

[The Interest Rate Is Going To Be Rising A Lot And Fast](#)

**Mac Slavo** | Interest rates will rise quickly and those hikes are going to be pretty big.



[Labour's Jeremy Corbyn Could Face U.S. Sanctions for Dealings with Hamas](#)

**Free Beacon** | U.K. leaders, concerned with Corbyn's ties, ask for legal review of Corbyn's Hamas ties.



[We Just Witnessed The Biggest U.S. Bond Crash In Nearly 2 Years – What Does This Mean For The Stock Market?](#)

**Michael Snyder** | U.S. bonds have not fallen like this since Donald Trump's stunning election victory in November 2016.



[Two-Thirds Of Economists See Recession by End-2020](#)

**Zero Hedge** | Two-thirds of business economists in the US expect a recession to start in the second half of 2020.



[MONEY WATCH ARCHIVE](#)

## PRISON PLANET

[Your "Privilege" Level: How Much We Can Steal From You in the Name of Equality](#)

**Andrew Syrios** | The Left has become increasingly and often bizarrely obsessed with all manners of supposed privilege these days.

---

correspondent Brian Stelter over the co-dependent relationship between the press and President Donald Trump.



[COMMENTARY ARCHIVE](#)

## MULTIMEDIA

[Video: The Truth About Kavanaugh](#)

**Paul Joseph Watson** | Believe the victim? No thanks, I'll believe the evidence.



[Musician's Sold Out Shows Cancelled Because He Retweeted Paul Joseph Watson](#)

**Paul Joseph Watson** | And, God forbid, defended free speech.



[The Silencing of James Woods](#)

**Paul Joseph Watson** | You'll never guess the stupid reason why he was suspended by Twitter.



[MULTIMEDIA ARCHIVE](#)

## U.S. NEWS

[The FBI confidential Kavanaugh report: Who's allowed to read it and where](#)

**NBC News** | All 100 senators will have secure access to the new information on Thursday, but not their staffs. They have set a pecking order for who gets to see it first.



[Trump Lawyer Warns New York Times of Tax Story 'Defamation,' 'Substantial Liability'](#)

**CNS News** | The lawyer who won a multi-million dollar libel settlement for Melania Trump is now warning The New York Times about a story suggesting her husband, President Donald Trump, may have committed tax fraud.



[Citing conflict, Minneapolis police won't look into claim against Keith Ellison](#)

**Star Tribune** | A statement said the department would seek to refer the case elsewhere.



[U.S. NEWS ARCHIVE](#)

## SCIENCE AND TECHNOLOGY

---



**JUDGMENT DAY**

**THE HEARING**

1  2  3  4  5

## POLITICAL ILLUSTRATION





#### 1-in-3 pass 'US Citizenship test,' just 19% for Americans 45 and younger

**Washington Examiner** | Just a third of Americans can pass a multiple choice "U.S. Citizenship Test," fumbling over such simple questions as the cause of the Cold War or naming just one thing Benjamin Franklin is famous for.



#### Pro-Choice Man Filmed Kicking Woman at Pro-Life Protest

**Free Beacon** | Pro-life demonstrators held an annual "Life Chain" event across Canada on Sept. 30, but one of the peaceful protesters ended up facing violence.



#### US Homeland Security Recommends Public to 'Be Aware' of RT, Sputnik

**Sputnik** | US Homeland Security Secretary Kirstjen Nielsen has called on the public to avoid reading news from Russian media outlets, specifically the RT broadcaster and Sputnik news agency.



PRISON PLANET ARCHIVE

#### Brain scans could reveal who is more skilled at their job (and predict who may excel in the future)

**Daily Mail** | Non-invasive brain scans could one day be used to assess workers' competence on the job.



#### Swiss firm claims new feed will curb cow farts — and global warming

**NBC News** | Cows burp and fart more than they need to, according to a Swiss firm that says it has developed a feed that cuts methane emissions from livestock — helping to combat global warming into the bargain.



#### Facebook hit with ANOTHER privacy issue as FTC complaint by advocacy groups accuses firm of harvesting data on children in Messenger Kids app

**Daily Mail** | Facebook has been illegally collecting data on children in its Messenger Kids app, according to a coalition of child and consumer advocacy groups.



SCIENCE AND TECHNOLOGY ARCHIVE

© **2018** PrisonPlanet.com is a **Free Speech Systems, LLC company**. All rights reserved.    .

Digital Millennium Copyright Act     Terms of service