# EXHIBIT D

Welcome to the Alex Jones Infowars Store - Infowars Life And More!

# Infowars Store

☐ Patriot Points 0   ☐ Account   ☐ Wishlist   ☐ Cart (0) ☐

"Thank you for supporting the infowar!"

| INFOWARS LIFE | HEALTH & WELLNESS | PREPAREDNESS | MEDIA | SPECIALS | GEAR | SUPPORT US |





## BEST SELLERS  VIEW ALL □





Welcome to the Alex Jones Infowars Store - Infowars Life And More!

Case 5:18-cv-06013-LHK   Document 23-5   Filed 10/04/18   Page 3 of 7

- • • • • • • •

# WEEKLY DEALS VIEW ALL ▸

Happease by Infowa...
Retail: $44.95  **Now: $22.47**

X-2 Bio True Selen...
Retail: $64.90  **Now: $54.92**

Super Male V...
Retail: $69.95  Now:

- • • • • • • •

# ALEX RECOMMENDS VIEW ALL ▸

Welcome to the Alex Jones Infowars Store - Infowars Life And More!

Case 5:18-cv-06013-LHK   Document 23-5   Filed 10/04/18   Page 4 of 7

Welcome to the Alex Jones Infowars Store - Infowars Life And More!

Case 5:18-cv-06013-LHK   Document 23-5   Filed 10/04/18   Page 5 of 7



# A message on Patriot Points from the Infowars Crew:

**Welcome to the Infowars Store!**

We're proud of our fellow patriots and Infowarriors for taking part and helping to support us in the fight for truth. That's why we worked hard to create a program that rewards you for purchasing your favorite high quality products from our store - Patriot Points!

Getting points is easy - Just sign up to our program and continue to make purchases and support the Infowar like you normally do. After getting enough points, we'll give you discounts on some of your favorite products across the store as a thank you for your support!

We also have a lot of surprise rewards and benefits for all of our Infowarriors in the Patriot Perks program in store. Your gracious support for our crew in the fight for liberty goes directly towards independent alternative news media, and we owe all of our success and effectiveness to you. So it's time you got rewarded as well!

Welcome to the Alex Jones Infowars Store - Infowars Life And More!

Case 5:18-cv-06013-LHK   Document 23-5   Filed 10/04/18   Page 6 of 7

Thank you for your continued support, and we look forward to rewarding all of our **Patriot Points** members soon!

-Alex Jones and the Infowars Crew

## INFOWARS STORE NEWSLETTER

SIGN UP

FAQ    Contact Us    Infowars.com    Terms & Conditions    Privacy Policy    Returns





**PHONE ORDERS**    **MAIL ORDERS**
**1-888-253-3139**    **Infowars**
Mon-Fri, 8am to 6pm CST    PO Box 19549, Austin, TX 78760

**FOLLOW US HERE**

 InfoWarsStore     InfowarsStore      @RealInfoStore

\* These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease. If you are pregnant, nursing, taking medication, or have a medical condition, consult your physician before using this product.

Supplement & Food Product Disclaimer: Infowars thanks you for your support of the operation. As always, we offer what we have researched and believe to be the highest quality selection of products for you and your family that have been developed along with the advisory of top doctors and experts. It is important to do your own research and consult with a qualified healthcare provider or doctor to decide what is best for you. We also know that everyone's bodies are different, and it is essential to consult with a qualified health care professional before taking products offered on this website. The information on this website is not intended to replace a one-on-one relationship with a doctor or qualified health care professional and is not intended as medical advice. And by purchasing any item from this store, you agree to these terms and conditions as well as understand that by using these products you are agreeing to abide by this contract. Infowars Life is not held responsible for the irresponsible use of this product.

**Free Shipping Disclaimer**: Free shipping applies only to orders shipped to an address in the United States. Some exclusions or additional handling charges may apply.

\* We do not moderate the comments consumers make about our products outside of our third party partner Power Reviews, which screens them for authenticity and other factors. We appreciate the feedback and share some typical comments here.

Welcome to the Alex Jones Infowars Store - Infowars Life And More!

Case 5:18-cv-06013-LHK   Document 23-5   Filed 10/04/18   Page 7 of 7

Copyright © 2018 Alex Jones, Infowars Store. All rights reserved.