# EXHIBIT E

## Declaration of Heidi Machock

I, Heidi Machock, hereby declare the following to be true and correct:

1. I am over the age of 18 and have personal knowledge of the facts stated in this declaration.

2. I am a Director for PayPal, Inc., with its headquarters in San Jose, California.

3. I also reside in California.

4. In my capacity as a Director for PayPal, I participated in a telephone conversation with Tim Fruge, Plaintiff's representative, on September 20, 2018, along with two of my colleagues at PayPal: a Relationship Manager, and a Director of Customer Support.

5. We were speaking with Mr. Fruge to inform him of PayPal's decision to terminate the following accounts: Prison Planet, InfoWars Store, Infowars-Donation, Infowars Ebay Shop, Infowars – Shop, and Infowars Ads.

6. Neither Mr. Fruge nor anyone else asked for permission to record the conversation.

7. We informed Mr. Fruge that PayPal was giving him ten business days to transition to other payment processors.

8. We offered our assistance if he needed it to help with the transition.

9. After we finished the call, Mr. Fruge never contacted me to request assistance or ask for additional time to make the transition.

10. Instead, the secretly recorded conversation was posted on the Infowars website without my consent at the following URL: https://www.infowars.com/shock-audio-listen-to-the-phone-call-where-paypal-banned-infowars/

11. I never consented to the recording of our conversation and was unaware that the conversation had been recorded until I learned that it had been posted on the Internet, by or on behalf of this Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: October 3, 2018

*Heidi Machock*
Heidi Machock