# EXHIBIT F

## Declaration of Lisa Hrabosky

I, Lisa Hrabosky, hereby declare the following to be true and correct:

1. I am over the age of 18 and have personal knowledge of the facts stated in this declaration.

2. I am a Senior Director, of Payments Product and Engineering, for PayPal, Inc., with its headquarters in San Jose, California. I also serve as PayPal's global relationship head for both Visa and Mastercard. Given my job responsibilities and experience, I have extensive knowledge of the merchant community, the payment processing industry and its participants.

3. It is common knowledge in the merchant community that PayPal is one of many companies that provide payment processing services to merchants

4. Visa Global Registry of Service Providers is a public list which includes PayPal and many other service providers including those that offer payment processing services. In fact, a simple search of US providers offering payment processing for internet/ecommerce returns more than 500 results. The list of such entities is available at the following URL: https://www.visa.com/splisting/searchGrsp.do

5. In addition to that list, there are several other easily searchable and publically available lists.

6. A Google search for "U.S. credit card processors" generates several options, including the following:

    a. https://www.businessinsider.com/list-credit-card-processing-companies-2016-11

    b. https://financesonline.com/top-20-payment-gateway-providers/

I declare under penalty of perjury that the foregoing is true and correct.

Executed: October 3, 2018

_____
Lisa Hrabosky