# EXHIBIT G

## Declaration of Justin Higgs

I, Justin Higgs, hereby declare the following to be true and correct:

1.  I am over the age of 18 and have personal knowledge of the facts stated in this declaration.

2.  My title at PayPal, Inc. is Director, Public Relations. PayPal's headquarters are in San Jose, California.

3.  In my role as Director of Public Relations, I have been responsible for addressing media inquiries concerning PayPal's decision to terminate Free Speech Systems, LLC's ("FSS") PayPal accounts.

4.  PayPal intentionally chose not to publicize its business decision to terminate FSS' accounts, and PayPal had no intention to publicize its decision. Rather, PayPal's statements concerning its decision to terminate FSS' accounts have all been made in response to media inquiries to PayPal following FSS' public announcement of PayPal's decision.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

5.	On information and belief, FSS publicly disclosed PayPal's decision in an article posted to its Infowars website on September 21, 2018, shortly after PayPay informed FSS of its decision. The Infowars article is headlined: "Bombshell: PayPal Bans Infowars After Lobbying by Soros-Funded Group" and appears at the following URL: https://www.infowars.com/bombshell-paypal-bans-infowars-after-lobbying-by-soros-funded-group/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: October 4, 2018

*/s/ Justin Higgs*

Justin Higgs