Marc J. Randazza, CA Bar No. 269535
Alex J. Shepard, CA Bar No. 295058
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Plaintiff,
Free Speech Systems, LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREE SPEECH SYSTEMS, LLC, a Texas limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>PAYPAL, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:18-cv-06013-LHK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Free Speech Systems, LLC ("FSS") hereby dismisses all claims asserted against Defendant PayPal, Inc. ("PayPal") **without prejudice**. PayPal has not yet filed an answer or motion for summary judgment. As discussed in FSS's Motion for a Temporary Restraining Order (Doc. No. 3), PayPal's User Agreement contains an arbitration clause that may apply to this dispute. Rather than burden the parties and the Court with motion practice regarding the enforceability of the arbitration provision, FSS plans to proceed with its dispute through arbitration under the terms of the User Agreement.

Dated: November 5, 2018.

Respectfully Submitted,

RANDAZZA LEGAL GROUP, PLLC

/s/ Marc J. Randazza
Marc J. Randazza, CA Bar No. 269535
Alex J. Shepard, CA Bar No. 295058
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117

Attorneys for Plaintiff,
Free Speech Systems, LLC

Case No. 5:18-cv-06013-LHK

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 5, 2018, I electronically filed the foregoing document with the Clerk of Court via CM/ECF the court's electronic filing system. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notice of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ Tennyson J.
_____
Employee,
Randazza Legal Group, PLLC